NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
### DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

ANDRES SERRATO GARNICA, *Petitioner*.

No. 1 CA-CR 23-0340 PRPC
FILED 11-28-2023

Petition for Review from the Superior Court in Maricopa County
No. CR2015-155207-001
The Honorable Sam J. Myers, Judge

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Maricopa County Attorney's Office, Phoenix
By Robert A. Walsh
*Counsel for Respondent*

Andres Serrato Garnica, Eloy
*Petitioner*

---

**MEMORANDUM DECISION**

Presiding Judge Jennifer B. Campbell, and Judges Kent E. Cattani and Anni Hill Foster delivered the decision of the Court.

---

**PER CURIAM**:

¶1　　Petitioner Andres Serrato Garnica seeks review of the superior court's order denying his petition for post-conviction relief. This is petitioner's first petition.

¶2　　Absent an abuse of discretion or error of law, this court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 577, ¶ 19 (2012).  It is petitioner's burden to show that the superior court abused its discretion by denying the petition for post-conviction relief. *See State v. Poblete*, 227 Ariz. 537, 538, ¶ 1 (App. 2011) (petitioner has burden of establishing abuse of discretion on review).

¶3　　We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, the petition for review, and State's response. We find that petitioner has not established an abuse of discretion.

¶4　　We grant review but deny relief.

